United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, Trustee of the Operating Engineers' Health & Welfare Trust Fund; RUSSELL E. BURNS, Trustee of the Operating Engineers' Health & Welfare Trust Fund; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH & WELFARE FUND; OPERATING ENGINEERS & PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE & JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; HEAVY & HIGHWAY COMMITTEE; OPERATING ENGINEERS LOCAL UNION NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,<br><br>    Plaintiffs,<br><br>  v.<br><br>GALLETTI & SONS, INC., also known as GALLETTI AND SONS, INC., formerly known as GALLETTI CONCRETE PUMPING CO., also known as GALLETTI CONCRETE, INC.<br><br>    Defendants.<br>_____/ | No. C 12-01242 CW<br><br>ORDER RE DEFAULT |

Default having been entered by the Clerk on May 30, 2012,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Wednesday, July 18, 2012 is continued to Wednesday, September 19, 2012.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge