IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, Trustees of the Operative Engineers' Health and Welfare Trust Fund; RUSSELL E. BURNS, Trustees of the Operative Engineers' Health and Welfare Trust Fund; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; and OPERATING ENGINEERS LOCAL UNION NO. 3 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO,

    Plaintiffs,

  v.

GALLETTI & SONS, INC., also known as Galletti and Sons, Inc., formerly known as Galletti Concrete Pumping Co., also known as Galletti Concrete, Inc.

    Defendants.
_____/

No. C 12-124 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for Thursday, August 9, 2012, is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.

Dated: 7/12/2012

CLAUDIA WILKEN
United States District Judge