UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br>v.<br><br>GALLETTI & SONS, INC., *aka* GALLETTI AND SONS, INC., *fka* GALLETTI CONCRETE PUMPING CO., *aka* GALLETTI CONCRETE, INC., a California Corporation,<br><br>Defendant. | Case No.: C12-1242 CW<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER and ORDER TO SHOW CAUSE, DENYING WITHOUT PREJUDICE APPLICATION FOR *EX-PARTE* RIGHT TO ATTACH ORDER and ORDER FOR WRIT OF ATTACHMENT** |

Having considering Plaintiffs' Motion, and all supporting documents, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion for a Temporary Restraining Order, freezing Defendant's assets and halting any transfer or disposition of Defendant's equipment or assets, through sale or otherwise, is GRANTED.

2. This Order specifically applies to any and all funds received from general contractors, purchasers of Defendant's equipment or other assets both liquid and fixed, and received or to be received, as described in Plaintiffs' Motion.

3. Any monies already in Defendant's possession, or received following this Order, including from the sale of Defendant's assets or equipment, up to an amount of $411,507.92, shall be deposited immediately with the Clerk of the Court of the Northern District of California.

4. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs shall post security in the amount of $5,000.00 within two (2) court days after the date of this Order. Plaintiffs may furnish the required security by making a cash deposit with the Clerk's Office in a manner that complies with Civil Local Rule 65.1-1.

5. The Temporary Restraining Order shall be effective until the earlier of the following:

    a) 14 days after this Court grants Plaintiff's request for an *ex parte* Right to Attach Order and Writ of Attachment; or

    b) 14 days after Plaintiffs' request for issuance of a Writ of Execution is granted, following issuance of Judgment in this Action.

6. Plaintiffs' request for an *ex-parte* Right to Attach Order and Writ of Attachment is DENIED without prejudice on the ground that Plaintiffs have not specified the property they seek to have attached.

7. Defendant must show cause on or before August 17, 2012, by filing, through counsel, and serving that same day, any opposition to the Court's order, why this order should not remain in effect. Plaintiff may file a reply on August 20, 2012 by 5:00 pm and serve it on Defendant that day. If an opposition is filed, the matter will be heard on August 22, 2012 at 2 p.m. in courtroom two, 1301 Clay Street, Oakland, CA. If no opposition is filed, this order shall be continued as a preliminary injunction pending the determination of Plaintiff's motion for default judgment.

8. Plaintiffs are directed to serve a copy of this Order on Defendant by email and First Class Mail and to file a proof of service.

IT IS SO ORDERED.

Dated:  August 10, 2012

The Honorable Claudia Wilken
United States District Court Judge