UNITED STATES  DISTRICT COURT

Northern District of California

F.G. CROSTHWAITE, et al.,

                Plaintiffs,

     v.

GALLETTI & SONS, INC., et al.,

                Defendants.

_____/

No. C 12-1242 CW (MEJ)

**ORDER VACATING HEARING**

       This matter is currently scheduled for a hearing on September 27, 2012 regarding Plaintiffs' Motion for Default Judgment. Dkt. No. 15.  However, as no opposition has been filed and Defendants have made no appearance, the Court VACATES the September 27 hearing.

       Plaintiffs have failed to comply with the July 16, 2012 Notice of Referral.  Dkt. No. 22. Accordingly, Plaintiffs are ORDERED to file proposed findings of fact and conclusions of law by September 27, 2012.  Plaintiffs shall comply with all requirements in the July 16 Notice, except that they need not submit a chambers copy - an emailed version to the proposed order address is sufficient.

       **IT IS SO ORDERED.**

Dated: September 17, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California