IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE, et al.,

    Plaintiffs,

  v.

GALLETTI & SONS, INC.,

    Defendant.
_____/

No. C 12-1242 CW

ORDER ADMINISTRATIVELY CLOSING CASE AND DIRECTING CLERK TO DELIVER DEPOSITED FUNDS TO TRUSTEE

By letter dated September 21, 2012, counsel for Defendant Galletti & Sons, Inc. informed the Court that Defendant filed a Chapter 7 bankruptcy petition on September 21, 2012. Plaintiffs also filed a notice of the bankruptcy filing. On September 26, 2012, the Trustee of the bankruptcy estate filed a notice of bankruptcy stay and notice that all property of the Debtor must be promptly turned over to the Trustee pursuant to 11 U.S.C. §§ 542 and 543. Accordingly, all proceedings in this action are stayed pursuant to 11 U.S.C. § 362. Furthermore, the Clerk is directed to deliver all funds deposited with the Court by Defendant Galletti & Sons, Inc., pursuant to the Court's August 10, 2012 Order, to the Trustee, in care of his proposed counsel, at the following address:

    Michael G. Kasolas, Trustee – Galletti & Sons, Inc.
    c/o McNutt Law Group, LLP
    188 The Embarcadero, Suite 800
    San Francisco, California 94105

\\

\\

1    The Clerk shall administratively close this case.  Upon the
2  conclusion of Defendant's bankruptcy proceedings, Plaintiffs may
3  move to re-open this case.
4    IT IS SO ORDERED.

Dated: 10/3/2012

CLAUDIA WILKEN
United States District Judge