1   Muriel B. Kaplan (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
2   SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
3   San Francisco, CA 94104
    Telephone: (415) 882-7900
4   Facsimile: (415) 882-9287
    mkaplan@sjlawcorp.com
5   mstafford@sjlawcorp.com

6   Attorneys for Plaintiffs

7

8

9

10                      UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
    F. G. CROSTHWAITE, et al., as Trustees of        Case No.: C12-1242 CW
13  of the OPERATING ENGINEERS' HEALTH
    AND WELFARE TRUST FUND, et al.                   **REQUEST FOR REFUND OF SECURITY**
14                                                   **POSTED WITH COURT PER THE**
                        Plaintiffs,                  **COURT'S AUGUST 10, 2012 ORDER**
15          v.

16  GALLETTI & SONS, INC., *aka* GALLETTI
    AND SONS, INC., *fka* GALLETTI
17  CONCRETE PUMPING CO., *aka*
    GALLETTI CONCRETE, INC., a California
18  Corporation,

19                      Defendant.

20
    I, Michele R. Stafford, declare:
21
            1.      I am an attorney at law licensed to practice in the State of California, and am a
22
    shareholder of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.
23
            2.      As the Court's records will reflect, on August 9, 2012, Plaintiffs filed an
24
    Application for Writ of Attachment, Ex-Parte Right to Attach Order, and Temporary Restraining
25
    Order with the Court [Dkt. Nos. 24-30].
26
            3.      On August 10, 2012, the Court issued an Order Granting Plaintiffs' Application for
27
    Temporary Restraining Order and Order to Show Cause, ordering Plaintiffs to "post security in the
28

1  amount of $5,000.00 within two (2) court days after the date of this Order." [Dkt. No. 31.]

2       4.    On August 14, 2012, Plaintiffs tendered a check in the amount of $5,000.00 with

3  the Court, as the required security deposit. [Dkt. No. 33.]

4       5.    On October 3, 2012, the Court administratively closed the case, directing the clerk

5  to deliver deposited funds to the Trustee in Defendants' bankruptcy action.

6       6.    In late December 2012, this office was contacted by Ana Banares, Financial Special

7  II, Clerk's Office Administration, United States District Court for the Northern District, regarding

8  the $5,000.00 security bond posted with the Court.

9       7.    Accordingly, Plaintiffs respectfully request that a refund of the $5,000.00 security

10  posted with the Court be issued to Plaintiffs, in a check made payable to "Operating Engineers

11  Health & Welfare Trust Fund," and sent c/o Plaintiffs' counsel, Michele R. Stafford, Esq., at

12  Saltzman & Johnson Law Corporation, 44 Montgomery Street, San Francisco, California 94104.

13       I declare under penalty of perjury that the foregoing is true and correct and that if called

14  upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

15       Executed this 9th day of January, 2013, at San Francisco, California.

16

17           /S/Michele R. Stafford

18           Michele R. Stafford

19  IT IS SO ORDERED.

20       Based on the foregoing, and GOOD CAUSE APPEARING, the Court hereby directs the

21  Clerk to issue a refund of $5,000.00 to Plaintiffs.

22  Date: _____1/24/2013_____

23       THE HONORABLE CLAUDIA WILKEN

24       UNITED STATES DISTRICT COURT

25

26

27

28

**REQUEST FOR REFUND OF SECURITY**
**CASE NO.: C12-1242 CW**
P:\CLIENTS\OE3CL\Galletti and Sons\Pleadings\C12-1242 CW Request re Refund Security Bond 010913.doc