Muriel B. Kaplan (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br>v.<br><br>GALLETTI & SONS, INC., *aka* GALLETTI AND SONS, INC., *fka* GALLETTI CONCRETE PUMPING CO., *aka* GALLETTI CONCRETE, INC., a California Corporation,<br><br>Defendant. | Case No.: C12-1242 CW<br><br>**REQUEST FOR REFUND OF SECURITY POSTED WITH COURT PER THE COURT'S AUGUST 10, 2012 ORDER** |

I, Michele R. Stafford, declare:

1. I am an attorney at law licensed to practice in the State of California, and am a shareholder of Saltzman and Johnson Law Corporation, attorneys for Plaintiffs herein.

2. As the Court's records will reflect, on August 9, 2012, Plaintiffs filed an Application for Writ of Attachment, Ex-Parte Right to Attach Order, and Temporary Restraining Order with the Court [Dkt. Nos. 24-30].

3. On August 10, 2012, the Court issued an Order Granting Plaintiffs' Application for Temporary Restraining Order and Order to Show Cause, ordering Plaintiffs to "post security in the

1. amount of $5,000.00 within two (2) court days after the date of this Order." [Dkt. No. 31.]

4. On August 14, 2012, Plaintiffs tendered a check in the amount of $5,000.00 with the Court, as the required security deposit. [Dkt. No. 33.]

5. On October 3, 2012, the Court administratively closed the case, directing the clerk to deliver deposited funds to the Trustee in Defendants' bankruptcy action.

6. In late December 2012, this office was contacted by Ana Banares, Financial Special II, Clerk's Office Administration, United States District Court for the Northern District, regarding the $5,000.00 security bond posted with the Court.

7. Accordingly, Plaintiffs respectfully request that a refund of the $5,000.00 security posted with the Court be issued to Plaintiffs, in a check made payable to "Operating Engineers Health & Welfare Trust Fund," and sent c/o Plaintiffs' counsel, Michele R. Stafford, Esq., at Saltzman & Johnson Law Corporation, 44 Montgomery Street, San Francisco, California 94104.

I declare under penalty of perjury that the foregoing is true and correct and that if called upon as a witness, I could testify to the foregoing on the basis of my personal, direct knowledge.

Executed this 9th day of January, 2013, at San Francisco, California.

    /S/Michele R. Stafford
    Michele R. Stafford

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the Court hereby directs the Clerk to issue a refund of $5,000.00 to Plaintiffs.

Date: 1/24/2013

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT